In the Matter of the Claim of AUGUSTO CAMPUS, Appellant, against NEW YORK DOCK CO., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion to dispense with printing of record on appeal granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. THOMAS R. COX, Petitioner, Respondent, v. JOSEPH H. WILSON, as Warden of Great Meadow Prison, Comstock, N. Y., Respondent. THE PEOPLE OF THE STATE OF NEW YORK, Appellant.— Motion for order staying all proceedings upon the part of the petitioner, Thomas R. Cox, Joseph H. Wilson, warden of Great Meadow Prison, and Daniel E. Finn, Jr., sheriff of the county of New York, under order entered in Washington county clerk's office December 3, 1938, granted. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ. [See *post*, p. 874.]